**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Grace Funeral Home, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Grace Funeral Home |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 05-0563686 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2401 Houston Highway <br> Number    Street | _____ <br> Number    Street |
| | P.O. Box |
| Victoria        TX    77901 <br> City             State   ZIP Code | _____ <br> City             State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Victoria County <br> County | _____ <br> Number    Street |
| | _____ <br> City             State   ZIP Code |

5. **Debtor's website** (URL)    https://www.gracefuneralhome.net/

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor    Grace Funeral Home, Inc.
Name

Case number (*if known*)

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . |
| | | 8122 |

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☑ Chapter 11. *Check **all** that apply*: |
| | |      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |      ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |      ☐ A plan is being filed with this petition. |
| | |      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No |
|---|---|---|
| | | ☐ Yes.   District _____ When _____ Case number _____ |
| | |                                    MM / DD / YYYY |
| | |       District _____ When _____ Case number _____ |
| | |                                    MM / DD / YYYY |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☑ No |
|---|---|---|
| | | ☐ Yes.   Debtor _____ Relationship _____ |
| | |       District _____ When _____ |
| | |                                      MM / DD / YYYY |
| | |       Case number, if known _____ |

Debtor __Grace Funeral Home, Inc._____   Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>    **Why does the property need immediate attention?** (*Check all that apply.*)<br>    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>      What is the hazard? _____<br>    ☐ It needs to be physically secured or protected from the weather.<br>    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>    ☐ Other _____<br><br>    **Where is the property?** _____<br>               Number    Street<br>    _____<br>    _____<br>    City    State    ZIP Code<br><br>    **Is the property insured?**<br>    ☐ No<br>    ☐ Yes. Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated assets** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

| Debtor | Grace Funeral Home, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/31/2024
             MM / DD / YYYY

✗ /s/ Charles Hauboldt
   (DocuSigned by: 56822B2159934EE...)
   Signature of authorized representative of debtor

Charles Hauboldt III
Printed name

Title  President

**18. Signature of attorney**

✗ /s/ Leonard H. Simon
   Signature of attorney for debtor

Date  05/31/2024
      MM / DD / YYYY

Leonard Simon
Printed name

Pendergraft & Simon LLP
Firm name

2777 Allen Parkway Suite 800
Number    Street

Houston                         TX          77019
City                            State       ZIP Code

713-528-8555                    lsimon@pendergraftsimon.com
Contact phone                   Email address

18387400                        TX
Bar number                      State

United States Bankruptcy Court
Southern District of Texas

In re: Grace Funeral Home, Inc.

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/31/2024

DocuSigned by:
Charles Hauboldt
56822B2159934EE...
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

Arctic Air
PO Box 1371
Victoria, TX 77902

Bizfund
c/o Schecter Law Office PLLC
315 Avenue U
Brooklyn, NY 11223

Capital One Bank
PO Box 60519
City Of Industry, CA 91716

Charles Hauboldt III
209 Woodbridge Dr.
Victoria, TX 77904

Crossroads Mortuary Services, LLC
477 Waco Circle
Victoria, TX 77904

Dell Services
PO Box 5275
Carol Stream, IL 60197

Full Circle After Care
PO Box 816
Kaysville, UT 84037

GreatAmerica
PO Box 660831
Dallas, TX 75266

Hauwin Enterprises, Inc.
477 Waco Circle
Victoria, TX 77904

Headway Capital
175 W. Jackson Blvd.
Chicago, IL 60604

Heather Hauboldt
209 Woodbridge Dr.
Victoria, TX 77904

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kellogg
PO Box 3047
Victoria, TX 77903

Matthews International
PO Box 536277
Dallas, TX 75253

McAdams
PO Box 5080
Victoria, TX 77903

New First National Bank
16554 Creekbend Dr., Suite 150
Sugar Land, TX 77478

On Deck Capital
1400 Broadway, 25th Floor
New York, NY 10018

RAuch-Milliken International, Inc.
4507 N. Main
Victoria, TX 77904

Rhonda Mates
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. Mopac, Suite 320
Austin, TX 78746

Rosnell Operations
PO Box 574
Goliad, TX 77963

Seth Kretzer, Receiver
917 Franklin, 6th Floor
Houston, TX 77002

SL Funding 5 LLC
500 W. 5th Street, Suite 1010
Austin, TX 78701

SL Funding 5. LLC
c/o Streusland, Landon, Ozburn & Lemmon,
1801 S. Mopac, Suite 230
Austin, TX 78746

Stericycle
28883 Network Place
Chicago, IL 60673

Synergisdic
106 Park View
Victoria, TX 77904


Tribute
PO Box 856340
Minneapolis, MN 55485


UNUM
PO Box 100158
Columbia, SC 29202


Vera Lee - Woven
28883 Network Place
Chicago, IL 60673


Victoria County Tax Assessor-Collector
PO Box 2569
Victoria, TX 77902


WEX
1 Hancock Street
Portland, ME 04101


Wise Caskets
2601 Church Street
Gonzales, TX 78629